IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. HALL, | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| Respondents | : | NO. 12-169 |

## ORDER

AND NOW, this 6th day of Aug., 2012, upon consideration of the Petition for Writ of Habeas Corpus and the exhibits attached thereto, the Commonwealth's Response and the exhibits attached thereto, the other documents filed by the parties and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED and DENIED without an evidentiary hearing; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's procedural and substantive dispositions of his claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY, J.